| | |
|---|---|
| **POST & SCHELL, P.C.**<br>BY: DAVID E. FAUST<br>I.D. #:<br>1800 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA  19103-7480<br>215-587-1000 | ATTORNEYS FOR DEFENDANT<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION t/a AMTRAK |

| | |
|---|---|
| DEBORAH ORRINO<br><br>           Plaintiff,<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION t/a AMTRAK<br><br>           Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF<br>PENNSYLVANIA<br><br>NO:  02-CV-4064 |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendant, National Railroad Passenger Corporation t/a Amtrak, respectfully asserts the following:

1. On June 19, 2002, defendant, National Railroad Passenger Corporation t/a Amtrak, received the Complaint in this civil action which is currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania.  A copy of the Complaint is attached hereto as Exhibit A.  The Complaint constitutes the prior pleadings in this matter in the Court of Common Pleas of Philadelphia County, Pennsylvania to date.

2  Because defendant, National Railroad Passenger Corporation, was created by an Act of Congress, 45 U.S.C., §501 et seq., the above described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, U.S.C., §1331, and is one which may be

removed to this Court by the defendant, National Railroad Passenger Corporation herein, pursuant to the provisions of Title 28, U.S.C., §1441.

WHEREFORE, defendant, National Railroad Passenger Corporation t/a Amtrak, prays that the action now pending against it in the Court of Common Pleas of Philadelphia County, Pennsylvania, be removed therefrom to this Court.

POST & SCHELL, P.C.

BY:
DAVID E. FAUST, ESQUIRE
Attorney for Defendant, National
Railroad Passenger Corporation
t/a Amtrak

| | |
|---|---|
| **POST & SCHELL, P.C.** | ATTORNEYS FOR DEFENDANT |
| BY: DAVID E. FAUST | NATIONAL RAILROAD PASSENGER |
| I.D. #: | CORPORATION t/a AMTRAK |
| 1800 JOHN F. KENNEDY BLVD. | |
| PHILADELPHIA, PA  19103-7480 | |
| 215-587-1000 | |

| | |
|---|---|
| DEBORAH ORRINO | COURT OF COMMON PLEAS |
| | PHILADELPHIA COUNTY |
| Plaintiff, | |
| | JUNE TERM, 2002 |
| v. | |
| | NO:  1756 |
| NATIONAL RAILROAD PASSENGER | |
| CORPORATION t/a AMTRAK | |
| | |
| Defendant. | |

**NOTICE OF REMOVAL**

TO THE PROTHONOTARY:

    PLEASE TAKE NOTICE that the above captioned action has been removed from your court to the United States Court for the Eastern District of Pennsylvania where it has been assigned Civil Action No. _____ per the attached certified Notice of Removal.

                            POST & SCHELL, P.C.

                            _____
                            DAVID E. FAUST, ESQUIRE
                            Attorney for Defendant, National
                            Railroad Passenger Corporation
                             t/a Amtrak

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Notice for Removal has been served on all interested counsel listed below via first class mail, postage pre-paid, on June 25, 2002.

Stephen David, Esquire
Groen, Lamm, Goldberg & Rubenstone
Four Greenwood Square, Suite 200
Bensalem, PA 19020

          POST & SCHELL, P.C.

          BY:
          DAVID E. FAUST, ESQUIRE
          Attorney for Defendant, National Railroad
          Passenger Service Corporation