| | |
|---|---|
| **POST & SCHELL, P.C.**<br>BY: DAVID E. FAUST<br>I.D. #: 09234<br>1800 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA  19103-7480<br>215-587-1000 | ATTORNEYS FOR DEFENDANT<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION t/a AMTRAK |

| | |
|---|---|
| DEBORAH ORRINO<br><br>                Plaintiff,<br><br>      v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION t/a AMTRAK<br><br>                Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF<br>PENNSYLVANIA<br><br>NO:  02-CV-4064 |

## ANSWER TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

1.  After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

2.  Admitted.

3.  Denied.  After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

4.  Denied.  After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

5. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

6. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

7. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

8. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

9. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

10. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

11. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

12. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

13. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

14. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

15. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

16. Denied.

17. Denied.

18. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

19. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

20. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

21. Denied. After reasonable investigation, defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the corresponding paragraph of the complaint, and strict proof thereof is demanded at trial, if deemed material.

WHEREFORE, defendant, National Railroad Passenger Corporation t/a Amtrak, denies liability and demands judgment in its favor.

### SECOND DEFENSE

Plaintiff was contributorily negligent, and any injuries sustained by her were the result of her own negligence.

### THIRD DEFENSE

Plaintiff assumed the risk of injury and any injuries sustained by her were the result of her assumption of the risk.

### FOURTH DEFENSE

Any injuries sustained by plaintiff were caused in whole or in part by persons or entities other than the defendant, and over whom the defendant had no control, and for whose actions defendant is not liable.

### FIFTH DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SIXTH DEFENSE

Plaintiff has failed to mitigate her damages.

### SEVENTH DEFENSE

Pennsylvania Rule of Civil Procedure 238 regarding delay damages is unconstitutional.

WHEREFORE, defendant, National Railroad Passenger Corporation t/a Amtrak, denies

liability and demands judgment in its favor.

                                          POST & SCHELL, P.C.

                                          _____
                                          DAVID E. FAUST, ESQUIRE
                                          Attorney for Defendant